UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| WINFIELD OAKES, ET AL., | : | Case No. 1:15-CV-463-TSB |
| Plaintiffs, | : | [Judge Timothy S. Black] |
| v. | : | **JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL** |
| RAPID MORTGAGE CO. and DENNIS M. FISHER, | : | |
| *Defendants.* | : | |

Defendants Rapid Mortgage Company and Dennis Fisher ("Defendants") along with Plaintiffs Winfield E. Oakes, David E. Steele, and Pete S. Johnson ("Plaintiffs") jointly move this Court for approval of the settlement of the above captioned case pursuant to the terms of the Confidential Settlement Agreement and General Release, a copy of which was provided to the Court under seal. A proposed entry is attached to dismiss this action with prejudice, except to retain jurisdiction for the limited purpose of enforcing the terms of the Settlement Agreement, if necessary.

Respectfully submitted,

| | |
|---|---|
| /s/ James P. Langendorf | /s/ Michael S. Glassman |
| James P. Langendorf (0068807) | Michael S. Glassman (0012713) |
| LANGENDORF LAW FIRM | Michael B. Mattingly (0089847) |
| 1081 N. University Blvd., Suite A | DINSMORE & SHOHL LLP |
| Middletown, Ohio 45042 | 255 E. Fifth Street, Suite 1900 |
| Phone: (513) 705-4104 | Cincinnati, OH 45202 |
| Fax: (513) 705-4106 | Phone: (513) 977-8255 |
| E-Mail: JamesPLang@aol.com | Fax: (513) 977-8141 |
| | E-mail: michael.glassman@dinsmore.com |
| | michael.mattingly@dinsmore.com |
| *Counsel for Plaintiffs* | |
| | *Counsel for Defendants* |

10048741v1